1012

[No. 6252–1.   Division One.   April 16, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR
E. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82963, Peter K. Steere, J., entered January 18,
1978. *Affirmed* by unpublished opinion per Farris, J., con-
curred in by Swanson, A.C.J., and Andersen, J.

[No. 6617–1.   Division One.   April 16, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN
FITZSIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 9698, Marshall Forrest, J., entered
May 3, 1978. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by Swanson, A.C.J., and Farris,
J.

[No. 3593–2.   Division Two.   April 16, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
GEORGE GORDON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80667, Francis E. Holman, J., entered August
22, 1977. *Affirmed* by unpublished opinion per Pearson,
C.J., concurred in by Petrie and Soule, JJ.

[No. 3108–2.   Division Two.   April 16, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
MICHAEL LAMB, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 67308, John H. Kirkwood, J., entered
September 30, 1977. *Affirmed* by unpublished opinion per
Reed, A.C.J., concurred in by Petrie and Soule, JJ.